TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED
RECEIVED   COPY

FEB 1 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Nina Dallas,<br><br>        Defendant. | No. CR-26-00118-PHX-SHD (DMF)<br><br>**INDICTMENT**<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>(Counts 1-20)<br><br>18 U.S.C. § 924(d);<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNTS 1-20**

On or about the dates listed below, in the District of Arizona, Defendant, NINA DALLAS, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant, NINA DALLAS, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts

below, stating she was the actual buyer or transferee of the firearm(s), and was not buying the firearm(s) on behalf of another person, whereas in truth and fact, Defendant, NINA DALLAS, knew that she was buying the firearm(s) on behalf of another person to the following FFLs:

| Count | Date | FFL | Type of Firearm |
|---|---|---|---|
| 1 | 2/13/2024 | Baseline Pawn | 3 Glock Pistols |
| 2 | 7/3/2024 | Virtus Armament | 2 Glock Pistols |
| 3 | 7/8/2024 | Virtus Armament | 2 Glock Pistols |
| 4 | 7/9/2024 | Virtus Armament | 2 VSKA Rifles |
| 5 | 7/20/2024 | Virtus Armament | 2 VSKA Rifles |
| 6 | 8/1/2024 | Virtus Armament | 2 Glock Pistols |
| 7 | 8/5/2024 | Virtus Armament | 2 VSKA Rifles |
| 8 | 8/9/2024 | Baseline Pawn | 2 VSKA Rifles |
| 9 | 8/14/2024 | Virtus Armament | 2 VSKA Rifles |
| 10 | 9/6/2024 | Virtus Armament | 1 Barrett .50 Caliber Rifle |
| 11 | 9/21/2024 | Baseline Pawn | 3 VSKA Rifles |
| 12 | 10/9/2024 | Predator Guns LLC, d.b.a. Heally | 1 VSKA Rifle |
| 13 | 10/15/2024 | Harris Brothers Tactical | 2 VSKA Rifle |
| 14 | 12/9/2024 | Baseline Pawn | 3 VSKA Rifles |
| 15 | 12/16/2024 | Harris Brothers Tactical | 3 VSKA Rifles |
| 16 | 12/17/2024 | Scheels | 2 Glock Pistols |
| 17 | 2/13/2025 | Baseline Pawn | 3 Glock Pistols |
| 18 | 2/24/2025 | Scheels | 2 Beretta Pistols |
| 19 | 2/24/2025 | Baseline Pawn | 2 VSKA Rifles |

| 20 | 3/11/2025 | Predator Guns LLC, d.b.a. Heally | 1 Springfield XD Pistol |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1-20 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-20 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable.  If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

/ / /

/ / /

/ / /

All in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: February 10, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
SHEILA PHILLIPS
Assistant U.S. Attorney